AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Novartis Pharmaceuticals Corporation et al.<br>*Plaintiff*<br>v.<br>Mylan Inc. and Mylan Pharmaceuticals, Inc.<br>*Defendant* | )<br>)<br>)  Civil Action No. 14-cv-00111-IMK<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  James F. Companion
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/09/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  10/09/2014

*Signature of the attorney or unrepresented party*

Mylan Inc. and Mylan Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

Gordon H. Copland
*Printed name*

Steptoe & Johnson PLLC
400 White Oaks Blvd., Bridgeport, WV 26330
*Address*

gordon.copland@steptoe-johnson.com
*E-mail address*

(304) 933-8000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS, INC.<br><br>Defendants. | Case No. 1:14-cv-111-IMK |

## CERTIFICATE OF SERVICE

I certify that I have this 14th day of October 2014, electronically filed the "Waiver of the Service of Summons" with the Clerk of the Court using the CM/ECF system, which will send notice of the same to the following counsel of record:

James F. Companion, Esquire
jfc@schraderlaw.com
Yolanda G. Lambert, Esquire
ygl@schraderlaw.com
Schrader Byrd & Companion, PLLC
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
Telephone: (304) 233-3390

Jane M. Love, Esquire
jane.love@wilmerhale.com
Corinne E. Atton, Esquire
corinne.atton@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800

Lisa J. Pirozzolo, Esquire
   lisa.pirozzolo@wilmerhale.com
Kevin S. Prussia, Esquire
   kevin.prussia@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*/s/ Gordon H. Copland*
Gordon H. Copland (WVSB No. 828)
   gordon.copland@steptoe-johnson.com
William J. O'Brien (WVSB No. 10549)
   william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183