

FILED
OCT 2 1 2014
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, AND NOVARTIS PHARMA AG<br><br>V.<br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS, INC. | Civil Action No. 1:14-cv-111-IMK |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Nicole Stafford, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *10.21.2014*

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6654497