**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. AND MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | CA No.: 1:14 – CV- 111 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF MYLAN INC.

Pursuant to Fed. R. Civ. P. 7.1, Mylan Inc. states as follows:

1.   There is no parent company of Mylan Inc.

2.   There is no publicly held corporation that owns 10% or more of Mylan Inc.'s stock.

Respectfully submitted this 4th day of December, 2014.

STEPTOE & JOHNSON PLLC

*/s/ William J. O'Brien*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Of Counsel:*

Nicole Stafford
   nstafford@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
900 S. Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5499

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

2

**CERTIFICATE OF SERVICE**

I, hereby certify that on 4th day of December, 2014, the foregoing "Rule 7.1 Corporate Disclosure Statement of Mylan Inc." was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following registered attorneys of record that the document has been filed and is available for viewing and downloading.

| | |
|---|---|
| James F. Companion, Esquire<br>  jfc@schraderlaw.com<br>Yolonda G. Lambert, Esquire<br>  ygl@schraderlaw.com<br>Schrader Byrd & Companion, PLLC<br>The Maxwell Centre<br>32-20th Street, Suite 500<br>Wheeling, WV 26003 | Jane M. Love<br>Corinne E. Atton<br>Wilmer Cutler Pickering<br>  Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br>jane.love@wilmerhale.com<br>corinne.atton@wilmerhale.com |
| Shirley X. Li Cantin<br>Lisa J. Pirozzolo<br>Kevin S. Prussia<br>Wilmer Cutler Pickering<br>  Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>shirley.cantin@wilmerhale.com<br>lisa.pirozzolo@wilmerhale.com<br>kevin.prussia@wilmerhale.com | |

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/ William J. O'Brien*
　　　　　　　　　　　　　　　　　　　　Gordon H. Copland (WV Bar #828)
　　　　　　　　　　　　　　　　　　　　  gordon.copland@steptoe-johnson.com
　　　　　　　　　　　　　　　　　　　　William J. O'Brien (WV Bar #10549)
　　　　　　　　　　　　　　　　　　　　  william.obrien@steptoe-johnson.com
　　　　　　　　　　　　　　　　　　　　Steptoe & Johnson PLLC
　　　　　　　　　　　　　　　　　　　　400 White Oaks Boulevard
　　　　　　　　　　　　　　　　　　　　Bridgeport, WV 26330
　　　　　　　　　　　　　　　　　　　　Telephone: (304) 933-8000
　　　　　　　　　　　　　　　　　　　　Facsimile: (304) 933-8183