IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | CA No.: 1:14 – CV- 111 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF MYLAN PHARMACEUTICALS INC.**

Pursuant to Fed. R. Civ. P. 7.1, Mylan Pharmaceuticals Inc. states as follows:

1. The parent company of Mylan Pharmaceuticals Inc. is Mylan Inc.

2. The name of any publicly held corporation that owns 10% or more of Mylan Pharmaceuticals Inc.'s stock is Mylan Inc.

Respectfully submitted this 4th day of December, 2014.

STEPTOE & JOHNSON PLLC

*/s/ William J. O'Brien*
Gordon H. Copland (WV Bar #828)
 gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
 william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Of Counsel:*

Nicole Stafford
   nstafford@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
900 S. Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5499

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

  I, hereby certify that on 4th day of December, 2014, the foregoing "Rule 7.1 Corporate Disclosure Statement of Mylan Pharmaceuticals Inc." was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following registered attorneys of record that the document has been filed and is available for viewing and downloading.

| | |
|---|---|
| James F. Companion, Esquire<br> jfc@schraderlaw.com<br>Yolonda G. Lambert, Esquire<br> ygl@schraderlaw.com<br>Schrader Byrd & Companion, PLLC<br>The Maxwell Centre<br>32-20[th] Street, Suite 500<br>Wheeling, WV 26003 | Jane M. Love<br>Corinne E. Atton<br>Wilmer Cutler Pickering<br> Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br>jane.love@wilmerhale.com<br>corinne.atton@wilmerhale.com |
| Shirley X. Li Cantin<br>Lisa J. Pirozzolo<br>Kevin S. Prussia<br>Wilmer Cutler Pickering<br> Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>shirley.cantin@wilmerhale.com<br>lisa.pirozzolo@wilmerhale.com<br>kevin.prussia@wilmerhale.com | |

*Attorneys for Plaintiffs*

            ***/s/ William J. O'Brien***
            Gordon H. Copland (WV Bar #828)
             gordon.copland@steptoe-johnson.com
            William J. O'Brien (WV Bar #10549)
             william.obrien@steptoe-johnson.com
            Steptoe & Johnson PLLC
            400 White Oaks Boulevard
            Bridgeport, WV 26330
            Telephone: (304) 933-8000
            Facsimile: (304) 933-8183