```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**NOVARTIS PHARMACEUTICALS CORPORATION,**
**NOVARTIS CORPORATION, NOVARTIS AG,**
**AND NOVARTIS PHARMA AG,**

      **Plaintiffs,**

v.     //   CIVIL ACTION NO. 1:14CV111
                    (Judge Keeley)

**MYLAN INC. and MYLAN PHARMACEUTICALS,**
**INC.,**

      **Defendants.**

## ORDER SETTING STATUS CONFERENCE

On November 24, 2014, the plaintiff, Novartis Pharmaceuticals Corporation, ("Novartis"), filed a motion to stay this second-filed action pending disposition of a jurisdictional dispute in the first-filed action (Dkt. No. 29). Defendant Mylan Inc. ("Mylan") opposed the motion (Dkt. No. 34).

The Court **SCHEDULES** a telephonic status conference on **Monday, February 2, 2015, at 12:15 P.M.** to discuss the motion to stay and the status of the jurisdictional dispute in the District of Delaware. It **DIRECTS** lead counsel for the plaintiff to organize the conference call, and to either call the Court with all parties on the line, or to provide the Court and the defendant with call-in information.

It is so **ORDERED.**

**NOVARTIS PHARMA. CORP. V. MYLAN INC.**                              **1:14CV111**

**ORDER SETTING STATUS CONFERENCE**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: January 9, 2015.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE