```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**NOVARTIS PHARMACEUTICALS CORPORATION,**
**NOVARTIS CORPORATION, NOVARTIS AG,**
**AND NOVARTIS PHARMA AG,**

      **Plaintiffs,**

v.     //   CIVIL ACTION NO. 1:14CV111
                    (Judge Keeley)

**MYLAN INC. and MYLAN PHARMACEUTICALS,**
**INC.,**

      **Defendants.**

### FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING

Pursuant to Fed.R.Civ.P. 16(b) and 26(f) and Local Rules of Civil Procedure ("LR") 16.01 and 26.01, the Court **ORDERS** that:

```
INITIAL PLANNING MEETING:              February 12, 2015
REPORT FILING DATE:                    February 19, 2015
SCHEDULING CONFERENCE DATE:  Thursday, February 26, 2015
SCHEDULING CONFERENCE TIME:                    1:30 P.M.
INITIAL DISCOVERY DISCLOSURES
    DUE DATE:                          March 12, 2015
```

1. **INITIAL PLANNING MEETING**: Pursuant to Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b), parties to this action shall meet in person or by telephone on or before **February 12, 2015**. At this meeting, the parties shall discuss all matters required by Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b). The parties shall also consider the benefits of early mediation and advise the Court in their report whether they wish the Court to schedule the matter for early mediation.

**NOVARTIS PHARMACEUTICALS, ET AL V. MYLAN**                1:14CV111

**FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING**

    2.    **MEETING REPORT AND PROPOSED DISCOVERY PLAN**: Pursuant to Fed.R.Civ.P. 26(f) and LR 16.01(c), the parties shall submit to this Court a written report on the results of the initial discovery meeting on or before **February 19, 2015**. This report shall include the parties' report on those matters set forth in LR 16.01(b) and (c) and the parties' discovery plan as required by Fed.R.Civ.P. 26(f). The parties may refer to Form 52 of the Federal Rules of Civil Procedure for an example of a report on a planning meeting. However, the parties should be certain to supplement Form 52 with LR 16.01(b) and (c) disclosures. The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in LR 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

    3.    **SCHEDULING CONFERENCE/SCHEDULING ORDER**: Upon receipt of the meeting report and proposed discovery plan, this Court **WILL CONDUCT** a scheduling conference by telephone on **Thursday, February 26, 2015** at **1:30 P.M.** See Fed.R.Civ.P. 16(b) and LR 16.01(d). (Please note that the Court conducts scheduling conferences in all cases.) The Court directs lead counsel for the plaintiff to arrange the conference call and provide dial-in

**NOVARTIS PHARMACEUTICALS, ET AL V. MYLAN**                    **1:14CV111**

FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING
_____

information to all parties and the Court no later than **Monday, February 23, 2015**. The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

    4.   **INITIAL DISCOVERY DISCLOSURES**: Pursuant to LR 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed.R.Civ.P. 26(a)(1) on or before **March 12, 2015**.

    The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: February 4, 2015

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE