# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, NOVARTIS AG, AND
NOVARTIS PHARMA AG,

       Plaintiffs,

vs.

MYLAN PHARMACEUTICALS INC. and
MYLAN INC.,

       Defendants.

**CIVIL ACTION NO. 1:14CV111**

**(Judge Keeley)**

## CERTIFICATE OF SERVICE

I hereby certify that that a copy of the foregoing **DEFENDANT MYLAN PHARMACEUTICALS INC. AND MYLAN INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS NOS 1-67** was served by electronic mail on February 12, 2015, upon counsel of record as follows:

James F. Companion, Esq.
Yolanda G. Lambert, Esq.
Schrader Byrd & Companion, PLLC
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
jfc@schraderlaw.com
ygl@schraderlaw.com

Jane M. Love
Corinne E. Atton
Wilmer Cutler Pickering
Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
jane.love@wilmerhale.com
corinne.atton@wilmerhale.com

-20-

Shirley X. Li Cantin
Lisa J. Pirozzolo
Kevin S. Prussia
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
shirley.cantin@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
kevin.prussia@wilmerhale.com

*Attorneys for Plaintiffs*

*/s/  William J. O'Brien*
Gordon H. Copland (WVSB No. 828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WVSB No. 10549)
william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone:  (304) 933-8000
Facsimile: (304) 933-8183

*Attorneys for Defendants*
*Mylan Pharmaceuticals Inc. and Mylan Inc.*