```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**NOVARTIS PHARMACEUTICALS CORPORATION,**
**NOVARTIS CORPORATION, NOVARTIS AG,**
**AND NOVARTIS PHARMA AG,**

      **Plaintiffs,**

**v.**  //  **CIVIL ACTION NO. 1:14CV111**
                                 **(Judge Keeley)**

**MYLAN INC. and MYLAN PHARMACEUTICALS,**
**INC.,**

      **Defendants.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

The Court **RESCHEDULES** the scheduling conference previously set for Thursday, February 26, 2015 at 1:30 P.M. to **Thursday, March 5, 2015, at 1:30 P.M.** If the hearing is to be by telephone, counsel for the plaintiff is directed to arrange a conference call and provide call-in information to opposing counsel and the Court at least one week prior to the hearing.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: February 18, 2015.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE