IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN IDSTRICT OF WEST VIRGINIA

AT CLARKSBURG

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, NOVARTIS AG
and NOVARTIS PHARMA AG,

        Plaintiffs,

v.                           CIVIL ACTION NO. 1:14-CV-111

MYLAN INC. and MYLAN
PHARMACEUTICALS INC.

        Defendants.

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that true copies of PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS MYLAN PHARMACEUTICALS INC. and MYLAN INC., was caused to be served March 9, 2015 via email upon the following individuals:

| | |
|---|---|
| Gordon H. Copland, Esq.<br>STEPTOE & JOHNSON PLLC<br>400 White Oaks Blvd.<br>Bridgeport, WV 26330<br>gordon.copland@steptoe-johnson.com<br><br>Nicole Stafford, Esq.<br>Eric Arnell, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>900 South Capital of Texas Highway,<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746<br>nstafford@wsgr.com<br>earnell@wsgr.com | Sami Sedghani, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>ssedghani@wsgr.com<br><br>*Counsel for the defendants*<br><br><br>/s/    James F. Companion<br>*Counsel for the Plaintiffs*<br><br>James F. Companion, Esq. (#790)<br>Yolonda G. Lambert, Esq. (#2130)<br>SCHRADER BYRD & COMPANION, PLLC<br>32 – 20th St., Ste. 500<br>Wheeling, WV 26003<br>Phone: (304) 233-3390<br>Fax: (304) 233-2769 |

Dated: March 10, 2015

OF COUNSEL:

Jane M. Love, Ph.D.
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
jane.love@wilmerhale.com

Lisa J. Pirozzolo, Esq.
Kevin S. Prussia, Esq.
Shirley X. Li Cantin, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com