## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

### AT CLARKSBURG

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:14-CV-111 |
| v. | ) ) | |
| MYLAN, INC. and MYLAN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2015, the PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND L.R. CIV. P. 26.01 was electronically served upon the following registered attorneys of record:

*Counsels for the Defendants*:

Gordon H. Copeland, Esq.
William J. O'Brien, Esq.
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330

Nicole Stafford, Esq.
Sami Sedghani, Esq.
Wilson Sonsini Goodrich & Rosati
900 S. Capital of Texas Hwy.
Las Cimas IV, Fifth Floor
Austin TX 78746-5546

*/s/* James F. Companion
James F. Companion (#790)
Yolanda G. Lambert (#2130)
Schrader Byrd & Companion, PLLC
32 20th Street, Ste. 500
Wheeling, WV 26003
Telephone: (304) 233-3390
Facsimile: (304) 233-2769
*Attorneys for the Plaintiffs*

Of Counsel:

Jane M. Love
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
jane.love@wilmerhale.com

Lisa J. Pirozzolo
Kevin S. Prussia
Shirley X. Li Cantin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com