IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, AND NOVARTIS PHARMA AG,, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | CIVIL ACTION NO. 1:14CV111 <br> (Judge Keeley) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2015, I electronically served "**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND L.R. CIV. P. 26.01**" on the following counsel of record:

James F. Companion, Esquire
  jfc@schraderlaw.com
Yolonda G. Lambert, Esquire
  ygl@schraderlaw.com
Schrader Byrd & Companion, PLLC
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003

Jane M. Love
  jane.love@wilmerhale.com
Wilmer Cutler Pickering
  Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Shirley X. Li Cantin
  shirley.cantin@wilmerhale.com
Lisa J. Pirozzolo
  lisa.pirozzolo@wilmerhale.com
Kevin S. Prussia
  kevin.prussia@wilmerhale.com
Wilmer Cutler Pickering
  Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Attorneys for Plaintiffs*

/s/William J. O'Brien
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183