IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG )<br><br>Plaintiffs, )<br><br>v. )<br><br>MYLAN, INC. and MYLAN PHARMACEUTICALS, INC., )<br><br>Defendants. ) | C.A. No. 1:14-CV-111 |

### CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, the **PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was electronically served upon the following registered attorneys of record:

Gordon H. Copland, Esq.
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Phone: (304) 933-8162
Facsimile: (304) 933-8183
gordon.copland@steptoe-johnson.com

Nicole Stafford, Esq.
Eric Arnell, Esq.
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway,
Las Cimas IV, Fifth Floor
Austin, TX 78746
Tel: (512) 338-5400
nstafford@wsgr.com
earnell@wsgr.com

Sami Sedghani, Esq.
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
Facsimile: (415) 947-2099
ssedghani@wsgr.com

Dated:  March 17, 2015

/s/ James F. Companion
James F. Companion (#790)
Yolanda G. Lambert (#2130)
Schrader Byrd & Companion, PLLC
32 20th Street, Ste. 500
Wheeling, WV 26003
Telephone: (304) 233-3390
Facsimile: (304) 233-2769
*Attorneys for the Plaintiffs*

Of Counsel:

Jane M. Love
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
jane.love@wilmerhale.com

Lisa J. Pirozzolo
Kevin S. Prussia
Shirley X. Li Cantin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com