| AO 435<br>(Rev. 04/11)<br><br>*Please Read Instructions:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME<br>Attorney Kevin Prussia | 2. PHONE NUMBER<br>(617) 526-6000 | 3. DATE<br>3/17/2015 | |
|---|---|---|---|

| 4. MAILING ADDRESS<br>Wilmer Hale - 60 State Street | 5. CITY<br>Boston | 6. STATE<br>MA | 7. ZIP CODE<br>02109 |
|---|---|---|---|

| 8. CASE NUMBER<br>1:14CV111 | 9. JUDGE<br>Irene M. Keeley | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 3/5/2015 | 11. TO 3/5/2015 |

| 12. CASE NAME<br>Novartis, et al vs. Mylan, et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Clarksburg | 14. STATE WV |

**15. ORDER FOR**

| [ ] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
|---|---|---|---|
| [X] NON-APPEAL | [X] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Scheduling Conference | 03-05-2015 |
| [ ] BAIL HEARING | | Hearing | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [X] | NO. OF COPIES | 40.00 | 36.00 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 36.00 |
|---|---|---|

| 18. SIGNATURE<br>/s/ Kevin Prussia | PROCESSED BY |
|---|---|
| 19. DATE<br>3/17/2015 | PHONE NUMBER<br>(304) 282-0395 |

| TRANSCRIPT TO BE PREPARED BY<br><br>Linda Bachman<br>P.O. Box 969, Clarksburg, WV  26302 | COURT ADDRESS<br><br>P.O. Box 969<br>Clarksburg, WV  26302-0969 |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 3/17/2015 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 3/17/2015 | LB | TOTAL CHARGES | 36.00 |
| TRANSCRIPT RECEIVED | 3/17/2015 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 3/17/2015 | | TOTAL DUE | 36.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY