UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, NOVARTIS AG, AND
NOVARTIS PHARMA AG,

      Plaintiffs,

vs.

MYLAN PHARMACEUTICALS INC. and
MYLAN INC.,
Defendants.

**CIVIL ACTION NO. 1:14CV111**
**(Judge Keeley)**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, a copy of **MYLAN PHARMACEUTICALS, INC. and MYLAN, INC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** was served by electronic mail on counsel of record as follows:

| | |
|---|---|
| James F. Companion, Esq.<br>Yolanda G. Lambert, Esq.<br>Schrader Byrd & Companion, PLLC<br>The Maxwell Centre<br>32-20th Street, Suite 500<br>Wheeling, WV 26003<br>jfc@schraderlaw.com<br>ygl@schraderlaw.com | Jane M. Love<br>Corinne E. Atton<br>Wilmer Cutler Pickering<br>Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022<br>jane.love@wilmerhale.com<br>corinne.atton@wilmerhale.com |

Shirley X. Li Cantin
Lisa J. Pirozzolo
Kevin S. Prussia
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
shirley.cantin@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
kevin.prussia@wilmerhale.com

*Attorneys for Plaintiffs*

Dated: March 24, 2015

STEPTOE & JOHNSON PLLC

 */s/ William J. O'Brien*
Gordon H. Copland (WVSB No. 828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WVSB No. 10549)
william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone:  (304) 933-8000
Facsimile: (304) 933-8183