IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, AND NOVARTIS PHARMA AG,, : <br> Plaintiffs, : <br> v. : <br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., : <br> Defendants. : | **CIVIL ACTION NO. 1:14CV111** <br> **(Judge Keeley)** |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF MYLAN INC. AND MYLAN PHARMACEUTICALS INC. PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. hereby submit the following amended corporate disclosure statement:

1. Mylan Inc. is indirectly wholly owned by Mylan N.V., a publicly held company. Abbott Laboratories, a publicly held company, owns more than 10% of Mylan N.V.'s stock through wholly-owned subsidiaries.

2. Mylan Pharmaceuticals Inc. is wholly owned by Mylan Inc., which is indirectly wholly owned by Mylan N.V., a publicly held company. Abbott Laboratories, a publicly held company, owns more than 10% of Mylan N.V.'s stock through wholly-owned subsidiaries.

6856663

Respectfully submitted this 24th day of March, 2015.

                **STEPTOE & JOHNSON PLLC**

                ***/s/ William J. O'Brien***
                Gordon H. Copland (WV Bar #828)
                  gordon.copland@steptoe-johnson.com
                William J. O'Brien (WV Bar #10549)
                  william.obrien@steptoe-johnson.com
                400 White Oaks Boulevard
                Bridgeport, WV 26330
                Telephone: (304) 933-8000
                Facsimile: (304) 933-8183

*Of Counsel*:

Nicole Stafford
   nstafford@wsgr.com
Eric Arnell
   earnell@wsgr.com
WILSON, SONSINI, GOODRICH & ROSATI
900 South Capital of Texas Highway,
Las Cimas IV, Fifth Floor
Austin, TX 78746
Tel:  (512) 338-5400

Sami Sedghani
   ssedghani@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market - Spear Tower Suite 3300
San Francisco, CA  94105
Tel: (415) 947-2053

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of March, 2015, I electronically filed the foregoing "Amended Corporate Disclosure Statement of Mylan Inc. and Mylan Pharmaceuticals Inc. Pursuant to Fed. R. Civ. P. 7.1" with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

| | | |
|---|---|---|
| James F. Companion, Esquire<br>  jfc@schraderlaw.com<br>Yolonda G. Lambert, Esquire<br>  ygl@schraderlaw.com<br>Schrader Byrd & Companion, PLLC<br>The Maxwell Centre<br>32-20th Street, Suite 500<br>Wheeling, WV 26003 | Jane M. Love<br>  jane.love@wilmerhale.com<br>Wilmer Cutler Pickering<br>  Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 | Shirley X. Li Cantin<br>  shirley.cantin@wilmerhale.com<br>Lisa J. Pirozzolo<br>  lisa.pirozzolo@wilmerhale.com<br>Kevin S. Prussia<br>  kevin.prussia@wilmerhale.com<br>Wilmer Cutler Pickering<br>  Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |

*Attorneys for Plaintiffs*

          */s/ William J. O'Brien*
          Gordon H. Copland (WV Bar #828)
            gordon.copland@steptoe-johnson.com
          William J. O'Brien (WV Bar #10549)
            william.obrien@steptoe-johnson.com
          400 White Oaks Boulevard
          Bridgeport, WV 26330
          Telephone: (304) 933-8000
          Facsimile: (304) 933-8183