## UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, NOVARTIS AG, AND
NOVARTIS PHARMA AG,

       Plaintiffs,

vs.

MYLAN PHARMACEUTICALS INC. and
MYLAN INC.,
Defendants.

**CIVIL ACTION NO. 1:14CV111**
**(Judge Keeley)**

## CERTIFICATION OF SERVICE

       The undersigned attorney certifies that a copy of the foregoing "Defendant Mylan Pharmaceuticals Inc. and Mylan Inc.'s First Set of Interrogatories to Plaintiffs (Nos. 1-2)" was served  by electronic mail on March 27, 2015 upon the following counsel:

| | |
|---|---|
| James F. Companion, Esq. | Jane M. Love |
| Yolanda G. Lambert, Esq. | Corinne E. Atton |
| Schrader Byrd & Companion, PLLC | Wilmer Cutler Pickering |
| The Maxwell Centre | Hale and Dorr LLP |
| 32-20th Street, Suite 500 | 399 Park Avenue |
| Wheeling, WV 26003 | New York, NY  10022 |
| jfc@schraderlaw.com | jane.love@wilmerhale.com |
| ygl@schraderlaw.com | corinne.atton@wilmerhale.com |

Shirley X. Li Cantin
Lisa J. Pirozzolo
Kevin S. Prussia
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
shirley.cantin@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
kevin.prussia@wilmerhale.com

*Attorneys for Plaintiffs*

*/s/ Gordon H. Copland*
Gordon H. Copland (WV State Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Of Counsel*:

Nicole Stafford
  nstafford@wsgr.com
Eric Arnell
  earnell@wsgr.com
WILSON, SONSINI, GOODRICH & ROSATI
900 South Capital of Texas Highway,
Las Cimas IV, Fifth Floor
Austin, TX 78746
Tel:  (512) 338-5400

Sami Sedghani
  ssedghani@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market - Spear Tower Suite 3300
San Francisco, CA  94105
Tel: (415) 947-2053

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*