# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, AND NOVARTIS PHARMA AG,, : : : : : Plaintiffs, : : v. : : MYLAN PHARMACEUTICALS INC. and MYLAN INC., : : : Defendants. : : | **CIVIL ACTION NO. 1:14CV111** **(Judge Keeley)** |

## NOTICE OF SERVICE UPON ACTAVIS, INC.

Please take notice that, on March 30, 2015, the undersigned attorney served "Mylan Pharmaceuticals Inc.'s and Mylan Inc.'s Motion to Compel Production of All Prior Litigation Documents" (Dkt. No. 66), and "Defendants' Motion for Clarification of Scheduling Order Regarding Documents from the Prior Litigation and to Set a Date By Which Any Motion to Intervene Must Be Filed," (Dkt. No. 65) on the following counsel for Actavis, Inc., who appeared in the matter: *Novartis Pharm. Corp. v. Actavis Inc., et al.*, (No. 1:12-CV-00366-RGA-CJB (D. Del., *dismissed* 4/29/2014). Service was made by sending true copies thereof to the listed counsel by electronic mail, at the addresses below, and also by depositing true copies thereof in the United States mail, postage prepaid, addressed as follow:

Terrence J. Connolly, Esquire
Terrence.Connolly@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200

Kenneth G. Schuler, Esquire
Kenneth.Schule@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 8500
Chicago, IL 60606
Tel: (312) 876-7700

6862220

Respectfully submitted this 31st day of March, 2015.

**STEPTOE & JOHNSON PLLC**

*/s/ Gordon H. Copland*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Of Counsel*:

Nicole Stafford
Eric Arnell
WILSON, SONSINI, GOODRICH & ROSATI, PC
900 South Capital of Texas Highway,
Las Cimas IV, Fifth Floor
Austin, TX 78746
Tel: (512) 338-5400
nstafford@wsgr.com
earnell@wsgr.com


Sami Sedghani

WILSON SONSINI GOODRICH & ROSATI, PC
One Market - Spear Tower Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2053
ssedghani@wsgr.com

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31st, 2015, I electronically filed the foregoing "Notice of Service Upon Actavis, Inc." with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

| | |
|---|---|
| James F. Companion, Esquire<br>  jfc@schraderlaw.com<br>Yolonda G. Lambert, Esquire<br>  ygl@schraderlaw.com<br>Schrader Byrd & Companion,<br>  PLLC<br>The Maxwell Centre<br>32-20th Street, Suite 500<br>Wheeling, WV 26003 | Shirley X. Li Cantin<br>  shirley.cantin@wilmerhale.com<br>Lisa J. Pirozzolo<br>  lisa.pirozzolo@wilmerhale.com<br>Kevin S. Prussia<br>  kevin.prussia@wilmerhale.com<br>Wilmer Cutler Pickering<br>  Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |

                                                  */s/ Gordon H. Copland*
                                                  Gordon H. Copland (WV Bar #828)
                                                    gordon.copland@steptoe-johnson.com
                                                  William J. O'Brien (WV Bar #10549)
                                                    william.obrien@steptoe-johnson.com
                                                  400 White Oaks Boulevard
                                                  Bridgeport, WV 26330
                                                  Telephone: (304) 933-8000
                                                  Facsimile: (304) 933-8183