IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**NOVARTIS PHARMACEUTICALS CORPORATION,
NOVARTIS CORPORATION, NOVARTIS AG,
AND NOVARTIS PHARMA AG,**

      **Plaintiffs,**

v.                              //    CIVIL ACTION NO. 1:14CV111
                                            (Judge Keeley)

**MYLAN INC. and MYLAN PHARMACEUTICALS,
INC.,**

      **Defendants.**

## ORDER DIRECTING PLAINTIFFS TO RESPOND TO THE DEFENDANTS' MOTION TO EXPEDITE BRIEFING [DKT. NO. 68]

On March 30, 2015, the defendants, Mylan Inc. and Mylan Pharmaceuticals, Inc. ("Mylan") filed a motion seeking clarification of the Court's scheduling order, and for a deadline for intervention (Dkt. No. 65). On March 31, 2015, Mylan filed a motion to expedite briefing on the motion seeking clarification and for a deadline for intervention (Dkt. No. 68). The Court **ORDERS** the plaintiffs to file a response, if any, to Mylan's motion to expedite (Dkt. No. 68) by **Thursday, April 2, 2015**.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: April 1, 2015.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE