IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.<br><br>　　　　　　Defendants. | Civil Action No. 14-00111-IMK |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties Novartis Pharmaceuticals Corporation, Novartis Corporation, Novartis AG, Novartis Pharma AG, Mylan Inc. and Mylan Pharmaceuticals Inc. by and through their undersigned counsel, do hereby stipulate and agree as follows:

　　　1.　　All claims and counterclaims, defenses, motions and petitions asserted in this action are dismissed without prejudice; and

　　　2.　　Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

| | |
|---|---|
| /s/ *James F. Companion* | /s/ *Gordon H. Copland* |
| SCHRADER BYRD & COMPANION PLLC | STEPTOE & JOHNSON PLLC |
| James F. Companion (WVSB No. 790) | Gordon H. Copland (WVSB No. 828) |
| Yolanda G. Lambert (WVSB No. 2130) | William J. O'Brien (WVSB No. 1549) |
| The Maxwell Centre | 400 White Oaks Boulevard |
| 32-20th Street, Suite 500 | Bridgeport, WV 26330 |
| Wheeling, WV 26003 | (304) 933-8000 |
| (304) 233-3390 | gordon.copland@steptoe-johnson.com |
| jfc@schraderlaw.com | william.obrien@steptoe-johnson.com |
| ygl@schraderlaw.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Lisa J. Pirozzolo | Nicole W. Stafford |
| Kevin S. Prussia | Eric C. Arnell |
| WILMER CUTLER PICKERING | WILSON SONSINI GOODRICH & ROSATI |
| HALE AND DORR LLP | 900 South Capital of Texas Highway, |
| 60 State Street | Las Cimas IV, Fifth Floor |
| Boston, MA 02109 | Austin, TX 78746 |
| (617) 526-6000 | (512) 338-5400 |
| lisa.pirozzolo@wilmerhale.com | nstafford@wsgr.com |
| kevin.prussia@wilmerhale.com | earnell@wsgr.com |
| | |
| *Counsel for Novartis Pharmaceuticals Corporation, Novartis Corporation, Novartis AG, and Novartis Pharma AG* | Sami Sedghani |
| | WILSON SONSINI GOODRICH & ROSATI |
| | One Market Plaza Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| | (415) 947-2000 |
| | ssedghani@wsgr.com |
| | |
| | *Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.* |
| | |
| Dated: October 30, 2015 | Dated: October 30, 2015 |

**SO ORDERED** this   30   **day of October, 2015.**

*[signature: Irene M. Keeley]*

**Hon. Irene M. Keeley**
**UNITED STATES DISTRICT JUDGE**